Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

Josiah H. Chambers et al., Appellants, v. Henry C. Stoll et al., Respondents.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.